**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14032-CR-CANNON**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**JOSE EDWIN MORAN-BARDALES,**

      Defendant.

_____/

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by

Magistrate Judge Shaniek M. Maynard following Change of Plea Hearing [ECF No. 27].  On June

15, 2026, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 23] during which

Defendant pled guilty to the sole Count of the Indictment [ECF No. 16] pursuant to a written

stipulation of facts [ECF No. 24].   Magistrate Judge Maynard thereafter issued a Report

recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment,

that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the

Court adjudicate him guilty of the offense [ECF No. 16].  No objections to the Report have been

filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore,

it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 27] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **Jose Edwin Moran-Bardales** as to the sole

    Count of the Indictment is **ACCEPTED**.

CASE NO. 26-14032-CR-CANNON

3. Defendant **Jose Edwin Moran-Bardales** is adjudicated guilty of the sole Count of the
Indictment, which charges him with, illegal reentry after removal or deportation, in
violation of Title 8 U.S.C. § 1326(a) [ECF No. 16].

**ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of August 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record